# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| CROCODILE ROCK CORPORATION, T/A CROCODILE ROCK CAFE, | : No. 528 MAL 2014 |
| Petitioner | : Petition for Allowance of Appeal from the : Order of the Commonwealth Court |
| v. | : |
| PENNSYLVANIA LIQUOR CONTROL BOARD, | : |
| Respondent | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 21st day of January, 2015, the Petition for Allowance of Appeal is **DENIED**.